1 | James W. Henderson, Jr., No. 071170
2 | Tania H. Colderbank, No. 213675
**CARROLL, BURDICK & McDONOUGH LLP**
3 | Attorneys at Law
1007 7th Street, Suite 200
4 | Sacramento, CA  95814
5 | Telephone:    916.446.5297
Facsimile:     916.446.4487

Attorneys for Plaintiff
RAZZO LINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/18/05*

| | |
|---|---|
| RAZZO LINK, INC., | Case No. C 05-01475 RMW |
| Plaintiff, | **REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE; ORDER THEREON** |
| v. | |
| NAVINI NETWORKS, INC., a Texas Corporation; SOLUNET, INC., a Florida Corporation, | DATE:           August 19, 2005<br>TIME:           10:30 a.m.<br>COURTROOM:   6 |
| Defendants. | |

Pursuant to Local Rule 16-10(a), counsel for plaintiff RAZZO LINK, INC. hereby requests leave to participate in the Case Management Conference in this matter scheduled for August 19, 2005, at 10:30 a.m., by telephone.

Dated: August 12, 2005            CARROLL, BURDICK & McDONOUGH LLP


                                  By: _____
                                       James W. Henderson, Jr.
                                       Tania H. Colderbank
                                       Attorneys for Plaintiff RAZZO LINK, INC.

///

///

CBM-SAC\SA037856.1

**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE; ORDER**

SO ORDERED.

Dated: 8/18/05

/S/ RONALD M. WHYTE
Judge of the United States District Court

*The Court will Initiate the conference call between the hours of 10:30 a.m. to 12:30 p.m.